UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-61245-CIV-DIMITROULEAS

**REESHEMAH SMITH**,

    Plaintiff,

v.

**CLASSICA CRUISE OPERATOR LTD., INC.**,

    Defendant.
_____/

## **PLAINTIFF'S INTIAL DISCLOSURES PURSUANT TO RULE 26(A)(1) OF THE FEDERAL RULES OF CIVIL PROCEDURE**

Pursuant to Federal Rule of Civil Procedure 26(a)(1), Plaintiff, **REESHEMAH SMITH**, hereby makes her initial disclosures. Plaintiff reserves the right to supplement and/or amend his responses upon further factual and legal investigation and otherwise as required or deemed necessary.

**F.R.C.P. 26(a)(1)(A)(i):** Individuals likely to have discoverable information Plaintiff may use to support her claim.

1) Reeshemah Smith, Plaintiff
   C/O Fenstersheib Law Group, P.A.
   520 W. Hallandale Beach Blvd.
   Hallandale Beach, FL 33009
   Knowledge as to the liability and damages

2) Mary Smith
   909 NW 2nd Ave.
   Hallandale Beach, FL 33009
   Knowledge as to incident and Plaintiff's injuries

3) Classica Cruise Operator LTD., Inc.., its employees and agents
   C/O Defense Counsel
   Knowledge as to incident and Plaintiff's injuries

*Reeshemah Smith v. Classica Cruise Operator LTD., Inc.*
CASE NO.: 19-61245-CIV-DIMITROULEAS

4) All of the following listed entities or individuals are treating physicians or medical providers which may have information as to the Plaintiff's injuries, along with her past, present and future medical care; the entities and providers will also have knowledge as to their medical bills. Further, all documents in the Plaintiff's possession relating to medical treatment, which describe the information each provider or entity may have, are attached hereto pursuant to FRCP 26(a)(1)(A)(ii).

  a) A1 Imaging of Fort Lauderdale
     5100 North Federal Highway
     Fort Lauderdale, FL 33308

  b) Action PT
     6067 Hollywood Blvd., Ste. 201
     Hollywood, FL 33024

  c) All-Pro Orthopedics and Sports Medicine
     17779 SW 2nd Street
     Pembroke Pines, FL 33029

  d) MCF Aventura
     21110 Biscayne Blvd., Ste. 203
     Aventura, FL 33180

  e) Sherban Spine Institute, PA
     21110 Biscayne Blvd., Ste. 403
     Aventura, FL 33180

5) Any and all persons identified by Defendants in their initial disclosures, fact witness list, as well as any and all persons identified by Defendant pursuant to written discovery requests, to which Plaintiff does not object.

6) Discovery and investigation ongoing. Plaintiff reserves the right to amend this list.

**F.R.C.P. 26(a)(1)(A)(ii):** A copy – or description by category and location – of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment.

**All of the following documents/things are in the possession and control of Plaintiff's Counsel:**

1) Plaintiff's medical records and bills which were incurred as a result of the subject claim from the following providers/facilities

*Reeshemah Smith v. Classica Cruise Operator LTD., Inc.*
CASE NO.: 19-61245-CIV-DIMITROULEAS

   a) A1 Imaging of Fort Lauderdale
   b) Action PT
   c) All Pro Orthopedic and Sports Medicine
   d) MCF Aventrua
   e) Sherban Spine Institute, PA
2) Copy of cruise ticket
3) Passenger Accident – Passenger Statement form SQ13B, authored by Reeshemah Smith, dated July 13, 2018
4) One page hand written statement of Reeshemah Smith, dated 10/21/18, detailing her account of incident and pain
5) Discovery and investigation ongoing. Plaintiff reserves the right to amend this list.

**F.R.C.P. 26(a)(1)(A)(iii):** Computation of each category of damages claimed by the disclosing party – who must also make available for inspection and copying as under Rule 34 the documents or other evidentiary material, unless privileged or protected from disclosure, on which each computation is based, including materials bearing on the nature and extent of injuries suffered.

1) Past Medical Bills – Currently $13,516.00
2) Future Medical Bills – Approximately $250,000.00
3) Pain and suffering – Approximately $250,000.00
4) Total – Approximately $513,516.00

**F.R.C.P. 26(a)(1)(A)(iv):** For inspection and copying as under Rule 34, any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment.

1) Unknown at this time.

DATED:  July 2, 2019

**FENSTERSHEIB LAW GROUP, PA**
**Attorneys for Plaintiff**
520 West Hallandale Beach Blvd.
Hallandale Beach, Florida 33009
Telephone:  (954) 456-2488
Facsimile:  (954) 867-1844

**/s/ *Jason R. Manocchio***
Jsaon R. Manocchio, Esq.
Florida Bar No: 92477
Primary: jason@fenstersheib.com

*Reeshemah Smith v. Classica Cruise Operator LTD., Inc.*
CASE NO.: 19-61245-CIV-DIMITROULEAS
Secondary: jm-pleadings@fenstersheib.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 2, 2019, the foregoing document is being served this day on all counsel of record identified on the attached service list in the manner specified, either via transmission of Notices of Electronic Filing generated by CM-ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.

**FENSTERSHEIB LAW GROUP, PA**
**Attorneys for Plaintiff**
520 West Hallandale Beach Blvd.
Hallandale Beach, Florida 33009
Telephone:  (954) 456-2488
Facsimile:   (954) 867-1844

**/s/ Jason R. Manocchio**
Jason R. Manocchio, Esq.
Florida Bar No: 92477
Primary: jason@fenstersheib.com
Secondary: jm-pleadings@fenstersheib.com

*Reeshemah Smith v. Classica Cruise Operator LTD., Inc.*
CASE NO.: 19-61245-CIV-DIMITROULEAS
**SERVICE LIST**

**Jason R. Manocchio, Esq.**
Florida Bar No: 92477
Primary: jason@fenstersheib.com
Secondary: jm-pleadings@fenstersheib.com
**FENSTERSHEIB LAW GROUP, P.A.**
**Attorneys for Plaintiff**
520 West Hallandale Beach Blvd.
Hallandale Beach, Florida 33009
Telephone:  (954) 456-2488
Facsimile:   (954) 867-1844

**William F. Clair, Esq.**
Florida Bar No.: 693741
Primary: wclair@hamiltonmillerlaw.com
**Jerry D. Hamilton**
Florida Bar No.: 970700
Primary: jhamilton@hamiltonmillerlaw.com
**Annalisa Gutierrez**
Florida Bar No.: 97940
Primary: agutierrez@hamiltonmillerlaw.com
**Hamilton, Miller & Birthisel, LLP**
**Attorneys for Defendant**
150 Southeast Second Avenue
Suite 1200
Miami, Florida 33131
Telephone:       (305) 436-4653
Facsimile:        (305) 468-2132